FILE COPY



# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00016-CR
No. 02-18-00017-CR

MICHAEL CHARLES CHADMAN, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 415th District Court
Parker County, Texas
Trial Court No. CR17-0425, CR17-0427

---

## ORDER

Appellant filed a "Motion to Have a Copy of Appellant Brief Made Available to Appellant" in the above referenced cause.

After review, the court requests a response from the State to the appellant's motion. The response must be filed on or before **Thursday, December 27, 2018.**

The clerk of this court is directed to transmit a copy of this order to the appellant and attorneys of record.

Dated December 17, 2018.

Per Curiam